IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JARRELL LEONARD,

            Plaintiff,                       OPINION AND ORDER

      v.                                     12-cv-755-wmc

GARY HAMBLIN, *et al.*,

            Defendants.

---

Plaintiff Jerrell Leonard filed this proposed civil action under 42 U.S.C. § 1983, challenging the conditions of his confinement within the Wisconsin Department of Corrections. On January 29, 2014 the court directed Leonard to submit an amended complaint within 30 days of the entry of the January 29 order.

To date, however, Leonard has not filed an amended complaint and the court's order directing him to do so has been returned "undeliverable." (Dkt. #7). The postal service reports further that they are unable to forward this order because plaintiff has not provided a valid address.

It is not the obligation of either this court or the clerk's office to search for litigants. Rather, it is the litigant's responsibility to advise the court of any change to his contact information. *See Casimir v. Sunrise Fin., Inc.*, 299 F. App'x 591, 593, 2008 WL 4922422 (7th Cir. 2008) (affirming the denial of a Rule 60(b) motion where movants claimed they did not receive notice of summary judgment due to a house fire, adding that

1

"all litigants, including pro se litigants, are responsible for maintaining communication with the court"); *see also Soliman v. Johanns*, 412 F.3d 920, 922 (8th Cir. 2005) ("[A] litigant who invokes the processes of the federal courts is responsible for maintaining communication with the court during the pendency of his lawsuit."). The plaintiff has clearly failed to provide the court with an accurate, current address. Because plaintiff has failed to provide a current address, it appears that he has abandoned his complaint.

Accordingly, under the inherent power necessarily vested in a court to manage its own docket, the complaint will be dismissed without prejudice for want of prosecution. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Ohio River Co. v. Carrillo*, 754 F.2d 236, 238 n.5 (7th Cir. 1984).

ORDER

IT IS ORDERED that the case filed by Jarrell Leonard, is DISMISSED without prejudice for want of prosecution. The clerk of court is directed to enter judgment and close this case. Plaintiff is advised that relief from this order may be granted upon a showing of good cause.

Entered this 12th day of March, 2014.

BY THE COURT:

WILLIAM M. CONLEY
District Judge