IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JARRELL LEONARD,

    Plaintiff,

v.

GARY H. HAMBLIN, CATHY JESS,
TIMOTHY HAINES, RANDALL, HEPP,
CAPTAIN FOSTER, LT. HAGBERG,
F. KING, LT. BURLINGAME, JODI
DOUGHERTY, T. WALDERA,
P. SCHULZ, M. SCHARPF, CHRISTINE
BEERKIRCHER, LT. LACOSTA,
M. OLSEN, CO2 WALKER and
JOHN BAUER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-755-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case dismissing this case without prejudice for want of prosecution.

---

    Peter Oppeneer, Clerk of Court          Date